[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 14, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13665
Non-Argument Calendar

_____

D. C. Docket No. 04-00213-CR-004

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KIZZY TAWANNA JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(February 14, 2006)**

Before CARNES, PRYOR  and COX, Circuit Judges.

PER CURIAM:

Lila V. Cleveland, appointed counsel for Kizzy Tawanna Johnson in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tawanna's conviction and sentence are **AFFIRMED.**